UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| Jason Kessler et al.<br><br>Plaintiffs,<br>v.<br><br>City Of Charlottesville et al.<br><br><br><br><br><br><br><br><br><br>Defendants. | **Civil Action No. 3:18-cv-00107-NKM**<br><br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION OF
JAMES E. KOLENICH**

Upon review and consideration of Plaintiffs' motion for *pro hac vice* admission of

James E. Kolenich, Esq., and it appearing that Mr. Kolenich is licensed to practice law and is a

bar member in good standing with the State of Ohio and thus qualified to appear for and on behalf of the Plaintiffs in this Action,

IT IS HEREBY ORDERED that attorney James E. Kolenich of Kolenich Law Office shall be permitted to appear *pro hac vice* for and on behalf of Plaintiffs in the above styled and numbered Civil Action, and able to appear at hearings or trials in the absence of an associated member of the bar of this Court. The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiffs, Defendants, and all counsel of record.

Entered this _____ day of November, 2018.

_____
The Honorable Norman K. Moon
United States District Judge