# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| JASON KESSLER, et al <br> *Plaintiff* <br> v. <br> CITY OF CHARLOTTESVILLE, VIRGINIA, et al <br> *Defendant* | ) <br> ) <br> ) Case No. 3:18-cv-00107 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Charlottesville, Virginia

Date: 12/21/2018

*Attorney's signature*

Richard H. Milnor, VSB #14177
*Printed name and bar number*

Zunka, Milnor & Carter, Ltd.
414 Park Street
Charlottesville, VA 22902

*Address*

rmilnor@zmc-law.com
*E-mail address*

(434) 977-0191
*Telephone number*

(434) 977-0198
*FAX number*