IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JASON KESSLER
and NATIONAL SOCIALIST
MOVEMENT and TRADITIONALIST
WORKER'S PARTY,

    *Plaintiff,*

v.                                                          Civil Action No. **3:18CV00107**

CITY OF CHARLOTTESVILLE, VIRGINIA,
AL THOMAS; BECKY
CRANNIS-CURL,

    *Defendants*.

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME
## TO FILE RESPONSIVE PLEADINGS

Defendants, the City of Charlottesville, Virginia ("Charlottesville"), by counsel, requests an enlargement of time to file responsive pleadings to Plaintiffs' Amended Complaint to extend the deadline to the close of business on the same date that Codefendant Al Thomas' responsive pleadings are due under the rules following execution of a written waiver of service which is anticipated shortly.

1. Plaintiffs filed the Amended Complaint on December 7, 2018 and served Charlottesville on December 14, 2018.

2. Responsive pleadings are currently due January 4, 2019.

3. The allegations in the Amended Complaint concern a protest that turned violent on August 12, 2017.

4. Defendant Charlottesville requests extra time to file responsive pleadings. In particular, Charlottesville requests an extension of time until the date Codefendant Al Thomas' responsive pleadings are due. On information, counsel who will be representing Codefendant

Thomas has contacted Plaintiff's counsel, and an agreement has been reached, and it is anticipated that a written waiver of service will be executed shortly.

5. Counsel for Defendant Charlottesville has conferred with Plaintiff's counsel who has advised per the attached email that Plaintiff does not object and agrees to the requested extension.

6. For the reasons stated above, the City of Charlottesville, Virginia, by counsel, moves this Honorable Court for an Order setting the deadline for Charlottesville to file its responsive pleadings to the date on which Codefendant Thomas' responsive pleadings will be due under the rules following execution of a written waiver of service.

                         CITY OF CHARLOTTESVILLE, VIRGINIA
                                   By Counsel

WE CONSENT:

s/Richard H. Milnor
Richard H. Milnor, Esquire (VSB #14177)
John W. Zunka, Esquire (VSB #14368)
Zunka, Milnor & Carter, Ltd.
414 Park Street
P O Box 1567
Charlottesville VA 22902
Telephone: (434) 977-0191
Facsimile:  (434) 977-0198
rmilnor@zmc-law.com
*Counsel for the City of Charlottesville*


s/Elmer Woodard
Elmer Woodard, Esquire, (VSB No. 27734)
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
isuecrooks@comcast.net
*Counsel for Plaintiffs*

s/James E. Kolenich
James E. Kolenich, Esquire

2

Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065 (fax)
jek318@gmail.com
*PHV pending*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2018, I electronically filed the foregoing Consent Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Elmer Woodard, Esquire, (VSB No. 27734)
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
isuecrooks@comcast.net
*Counsel for Plaintiffs*

James E. Kolenich, Esquire
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065 (fax)
jek318@gmail.com
*PHV pending*

s/Richard H. Milnor

3