## Richard Milnor

**From:** James Kolenich <jek318@gmail.com>
**Sent:** Thursday, December 20, 2018 4:41 PM
**To:** Richard Milnor
**Cc:** isuecrooks@comcsat.net; Blair, John C; David Corrigan
**Subject:** Re: Kessler et al. v. City of Charlottesville et al.

Mr. Milnor:

Plaintiffs agree to your requested extension and you are authorized to sign my name to the consent motion.

Mr. Corrigan:

The waiver packet went out today (12/20/18) and was assigned FedEx tracking # 784586367000.

Best,

Jim Kolenich

On Thu, Dec 20, 2018 at 4:10 PM Richard Milnor <RMilnor@zmc-law.com> wrote:

> Mr. Woodard—I write to confirm my voicemail/email to you advising that I will be representing the City of Charlottesville in this case. Per my voicemail I understand that David Corrigan will be representing Mr. Thomas & that he has spoken with you already. I understand that a written waiver of service is expected as to his client & would appreciate your consenting to grant me an extension to file responsive pleadings on behalf of my client to the same date Mr. Thomas pleadings are due.
>
> I will be out of the office starting noon on 12/21/18 over Christmas. I would appreciate your advising me at your earliest opportunity if Plaintiffs will consent to the requested extension. In that event I will promptly file a consent motion.
>
> I look forward to meeting you.
>
> Richard (Rich) H. Milnor

--
**James E. Kolenich**

1

Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065(fax)
513-324-0905 (cell)

2