IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JASON KESSLER
and NATIONAL SOCIALIST
MOVEMENT and TRADITIONALIST
WORKER'S PARTY,

              *Plaintiff,*

v.                                              Civil Action No. **3:18CV00107**

CITY OF CHARLOTTESVILLE, VIRGINIA,
AL THOMAS; BECKY
CRANNIS-CURL,

              *Defendants.*

## CONSENT ORDER FOR AN ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant the City of Charlottesville, Virginia, by counsel, requests an enlargement of time to file responsive pleadings to Plaintiff's Complaint to extend the deadline to the date on which Codefendant Thomas' responsive pleadings will be due following execution of any written waiver of service.

The request is granted, and Defendant City of Charlottesville, Virginia shall respond to the Complaint by the date on which Codefendant Thomas' responsive pleadings will be due following execution of any written waiver of service.

                                      ENTER    /    /

                                      _____

                                      Judge/Magistrate