CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
12/21/2018
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JASON KESSLER, ET AL.,<br>                                 *Plaintiffs*,<br>v.<br>CITY OF CHARLOTTESVILLE, VIRGINIA, ET AL.,<br>                                 *Defendants*. | CASE NO. 3:18-cv-00107<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

    This matter is before the Court upon Defendant City of Charlottesville's consent motion for an extension of time to file responsive pleadings. (Dkt. 13). Defendant requests that the deadline be extended to the date on which Codefendant Thomas's responsive pleadings will be due following execution of a written waiver of service. (*Id*.) Counsel of Defendant represents that he has conferred with Plaintiff's counsel, and such waiver will be executed shortly. (*Id*. at 1–2).

    Finding good cause to do so, and noting agreement between the parties, the Court hereby **GRANTS** Defendant's motion for an extension of time to file responsive pleadings. Defendant's answer, or other responsive pleading, will be due on or before the date on which Codefendant Thomas's responsive pleadings will be due.

    It is so **ORDERED**.

    The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

    Entered this  21st  day of December, 2018.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE