Civil Action No. 3:18-cv-107

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Lt. Becky Crannis-Curl</u> was received by me on *(date)* <u>Dec 13, 2018, 4:52 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>According to the receptionist, the lieutenant has been transferred to the Salem, Virginia office.</u> ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/19/2018

_____
*Server's signature*
R. Wayne Tonker
_____
*Printed name and title*

1133 13th St NW Ste C4, Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Dec 14, 2018, 2:35 pm EST at Virginia State Police Area 18: 900 Natural Resources Dr Ste 200, Charlottesville, VA 22906
Attempt made not served. Nobody will answer the door.

2) Unsuccessful Attempt: Dec 14, 2018, 3:52 pm EST at Virginia State Police Area 18: 900 Natural Resources Dr Ste 200, Charlottesville, VA 22906
Attempt made not served. Nobody will answer the door or phone.

3) Unsuccessful Attempt: Dec 17, 2018, 3:23 pm EST at Virginia State Police Area 18: 900 Natural Resources Dr Ste 200, Charlottesville, VA 22906