Civil Action No. 3:18-cv-107

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>City of Charlottesville VA, Mr. John C. Blair II, City Attorney</u> was received by me on *(date)* <u>Dec 13, 2018, 4:52 pm</u>.

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [X] I served the summons on *(name of individual)* <u>John C Blair</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>City of Charlottesville VA</u> on *(date)* <u>Fri, Dec 14 2018</u>; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/18/2018

_____
*Server's signature*

R. Wayne Tonker

_____
*Printed name and title*

1133 13th St NW, Ste. C4, Washington, DC 20005

_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 14, 2018, 2:10 pm EST at Mr. John C. Blair II, City Attorney: 605 E Main St, Charlottesville, VA 22902 received by John C Blair. Age: 40s; Ethnicity: Caucasian; Gender: Male; Weight: 185; Height: 6'; Hair: Brown; Relationship: City Attorney;
DOCUMENTS SERVED: Summons; Amended Complaint Jury Demand