AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| JOHN KESSLER, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-cv-00107 |
| CITY OF CHARLOTTESVILLE, VIRGINIA, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Becky Crannis-Curl

Date: 01/03/2019

*Attorney's signature*

Marshall H. Ross (VSB # 29674)
*Printed name and bar number*

Office of the Attorney General
202 N. 9th Street
Richmond, VA 23219

*Address*

mross@oag.state.va.us
*E-mail address*

(804) 786-0046
*Telephone number*

(804) 371-2087
*FAX number*