**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| **JASON KESSLER**<br>**and NATIONAL SOCIALIST MOVEMENT**<br>**and TRADITIONALISTS WORKER'S**<br>**PARTY,**<br><br>                    **Plaintiffs,**<br><br>**v.**<br><br>**CITY OF CHARLOTTESVILLE,**<br>**VIRGINIA, AL THOMAS; BECKY**<br>**CRANNIS-CURL,**<br><br>                    **Defendants.** | **Civil Action No. 3:18-cv-00107** |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME
## TO FILE RESPONSIVE PLEADINGS

Defendant State Police Lieutenant Becky Crannis-Curl ("Lt. Crannis-Curl"), by counsel, requests an enlargement of time to file responsive pleadings to Plaintiffs' Amended Complaint to extend the deadline to the close of business on February 20, 2019, which is the same date that Codefendants City of Charlottesville and Al Thomas' responsive pleadings are due pursuant to the previously entered Order Granting Co-Defendants' Consent Motion for Enlargement of Time.  [ECF 14]  In support of this request for enlargement of time, Lt. Crannis-Curl states as follows:

1.  Due to the intervening holiday schedule, the Office of Attorney General received the Complaint on the evening of January 2, 2019, and attorneys for Lt. Crannis-Curl request this extension of time to investigate this matter and prepare a responsive pleading.

2.  Lt. Crannis-Curl is presently out of state on vacation in California and is not due to return to her duties until on or about January 10, 2019.

3.  Responsive pleadings from Lt. Crannis-Curl are currently due January 4, 2019.

4.  Counsel for Defendant Lt. Crannis-Curl has conferred with Plaintiffs' counsel and Codefendants' Counsel, and all counsel consent to this requested enlargement of time.

5.  Defendant Lt. Crannis-Curl respectfully requests extra time to file responsive pleadings.  In particular, Lt. Crannis-Curl requests and extension of time until the date Codefendants City of Charlottesville and Al Thomas' responsive pleadings are due, which is February 19, 2019.

For the reasons stated above, Lt. Crannis-Curl respectfully moves the Honorable Court for an Order setting the deadline for Lt. Crannis-Curl to file her responsive pleadings to February 19, 2019, which is the date on which Codefendants' responsive pleadings are due.

BECKY CRANNIS-CURL,
 By Counsel
 _____/s/_____
 Marshall H. Ross, Esquire (VSB #29674)
 Senior Assistant Attorney General
 Office of the Attorney General
 202 N. 9th Street
 Richmond, VA 23219
 Telephone:  (804) 786-0046
 Facsimile:  (804) 371-2087
 Email:  mross@oag.state.va.us
 *Counsel for Becky Crannis-Curl*

Mark R. Herring
Attorney General

Samuel T. Towell
Deputy Attorney General

Tara Lynn R. Zurawski
Senior Assistant Attorney General/Chief

WE CONSENT TO THIS MOTION FOR ENLARGEMENT OF TIME:

s/Elmer Woodard
Elmer Woodard, Esquire (VSB #27734)
Attorney at Law
5661 US Hwy 29
Blairs, VA 24527
Telephone:  (434) 878-3422
isuecrooks@comcast.net
*Counsel for Plaintiffs*

s/ James E. Kolenich
James E. Kolenich, Esquire
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
Telephone:  (513) 444-2150
Facsimile: (513) 297-6065 (fax)
Jek318@gmail.com
*Counsel for Plaintiffs*
*Pro Hac Vice*

s/Richard Millnor
Richard H. Millnor, Esquire (VSB #14177)
John W. Zunka, Esquire (VSB #14368)
Zunka, Milnor & Carter, Ltd.
414 Park Street
PO Box 1567
Charlottesville, VA 22902
Telephone: (434) 977-0191
Facsimile: (434) 977-0198
rmilnor@ZMC-law.com
*Counsel for the City of Charlottesville*

s/David P. Corrigan
David P. Corrigan, Esquire (VSB #  26341)
Harman, Claytor, Corrigan & Wellman
4951 Lake Brook Drive #100
Glen Allen, VA  23060
Telephone:  (804) 762-8017
Facsimile:  (804) 747-6085
Dcorrigan@hccw.com
*Counsel for Defendant Al Thomas*

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of January, 2019, I electronically filed the foregoing Consent

Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system, which

will send notification of such filing to all counsel of record, and I also E-mailed the foregoing to

the following:

David P. Corrigan, Esquire
Harman, Claytor, Corrigan & Wellman
4951 Lake Brook Drive #100
Glen Allen, VA  23060
Dcorrigan@hccw.com
*Counsel for Defendant Al Thomas*

_____/s/_____
Marshall H. Ross (VSB # 29674)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:  (804) 786-0046
Facsimile:  (804) 371-2087
Email: mross@oag.state.va.us
*Counsel for Becky Crannis-Curl*