IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JASON KESSLER** and **NATIONAL SOCIALIST MOVEMENT** and **TRADITIONALISTS WORKER'S PARTY**,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF CHARLOTTESVILLE, VIRGINIA, AL THOMAS; BECKY CRANNIS-CURL,**<br><br>Defendants. | Civil Action No. 3:18-cv-00107 |

**CONSENT ORDER FOR AN ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADINGS**

Defendant Lieutenant Becky Crannis-Curl ("Lt. Crannis-Curl"), by counsel, requests an enlargement of time to file responsive pleadings to Plaintiff's Amended Complaint to extend the deadline to February 19, 2019, which is the date on which Codefendants City of Charlottesville and Al Thomas' responsive pleadings will be due. For the reasons set forth in the Consent Motion Requesting Enlargement of Time, and for good cause shown, it is hereby

ORDERED, that the Motion for Enlargement of Time to File Responsive Pleading be, and hereby is, GRANTED, and that Defendant Lt. Crannis-Curl shall respond to the Amended Complaint on or before February 19, 2019.

ENTER        /        /

_____
Judge/Magistrate