CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
01/04/2019
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JASON KESSLER, ET AL., <br>                       *Plaintiffs*, <br> v. <br> CITY OF CHARLOTTESVILLE, VIRGINIA, ET AL., <br>                       *Defendants*. | CASE NO. 3:18-cv-00107 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendant Lieutenant Becky Crannis-Curl's (Defendant) consent motion for an extension of time to file responsive pleadings. (Dkt. 20). Defendant requests that the deadline be extended to February, 19, 2019, the date on which Codefendant Thomas's responsive pleadings are due. (*Id*.). Defendant's Counsel represents that he has conferred with Plaintiff's Counsel and Codefendants' Counsel, and all counsel consents to this requested enlargement of time. (*Id*. at 2).

Finding good cause to do so, and noting agreement between the parties, the Court hereby **GRANTS** Defendant's motion for an extension of time to file responsive pleadings. Defendant's answer, or other responsive pleading, will be due on or before February 19, 2019.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

Entered this  4th  day of January, 2019.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE