IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JASON KESSLER AND NATIONAL
SOCIALIST MOVEMENT AND
TRADITIONALIST WORKER'S PARTY,

  Plaintiff,

v.                                      Case No. 3:18-cv-00107-NKM

CITY OF CHARLOTTESVILLE, VIRGINIA
AND AL THOMAS AND BECKY
CRANNIS-CURL,

  Defendants.

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

       I am admitted to practice in this Court, and I appear in this case as counsel for Al Thomas.

**AL THOMAS**

By Counsel

 s/David P. Corrigan
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Attorney(s) for Al Thomas
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

1

# **C E R T I F I C A T E**

  I hereby certify that on the 11th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

  Elmer Woodard, Esq.
  Attorney at Law, P.C.
  5661 US Hwy. 29
  Blairs, VA 24527
  434-878-3422 - Phone
  434-793-0675 - Fax
  isuecrooks@comcast.net

  James E. Kolenich, Esq.
  Kolenich Law Office
  9435 Waterstone Boulevard
  #140
  Cincinnati, OH 45249
  513-444-2150 - Phone
  5132976065 - Fax
  jek318@gmail.com

  Richard H. Milnor, Esquire (VSB No. 14177)
  Zunka, Milnor & Carter, Ltd.
  414 Park Street, P O Box 1567
  Charlottesville VA 22902
  Telephone: (434) 977-0191
  Facsimile:  (434) 977-0198
  rmilnor@zmc-law.com

  Marshall H. Ross, Esq. (VSB No. 29674)
  Office of the Attorney General
  202 North 9th Street
  Richmond, VA 23219
  804-786-0046 - Phone
  804-371-2087 - Fax
  mross@oag.state.va.us

  Erin R. McNeil, Esq. (VSB No. 78816)
  Office of the Attorney General
  202 North 9th Street
  Richmond, VA 23219
  804-646-3500 - Phone
  804-371-2087 - Fax
  emcneil@oag.state.va.us

                                <u>s/David P. Corrigan</u>
                                David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Attorney(s) for Al Thomas
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com