IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JASON KESSLER AND NATIONAL
SOCIALIST MOVEMENT AND
TRADITIONALIST WORKER'S PARTY,

  Plaintiff,

v.                                           Case No. 3:18-cv-00107-NKM

CITY OF CHARLOTTESVILLE, VIRGINIA
AND AL THOMAS AND BECKY
CRANNIS-CURL,

  Defendants.

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Al Thomas.

                          **AL THOMAS**

                          By Counsel

 s/Melissa Y. York
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Attorney(s) for Al Thomas
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 11th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Elmer Woodard, Esq.
>Attorney at Law, P.C.
>5661 US Hwy. 29
>Blairs, VA 24527
>434-878-3422 - Phone
>434-793-0675 - Fax
>isuecrooks@comcast.net
>
>James E. Kolenich, Esq.
>Kolenich Law Office
>9435 Waterstone Boulevard
>#140
>Cincinnati, OH 45249
>513-444-2150 - Phone
>5132976065 - Fax
>jek318@gmail.com
>
>Richard H. Milnor, Esquire (VSB No. 14177)
>Zunka, Milnor & Carter, Ltd.
>414 Park Street, P O Box 1567
>Charlottesville VA 22902
>Telephone: (434) 977-0191
>Facsimile:  (434) 977-0198
>rmilnor@zmc-law.com
>
>Marshall H. Ross, Esq. (VSB No. 29674)
>Office of the Attorney General
>202 North 9th Street
>Richmond, VA 23219
>804-786-0046 - Phone
>804-371-2087 - Fax
>mross@oag.state.va.us
>
>Erin R. McNeil, Esq. (VSB No. 78816)
>Office of the Attorney General
>202 North 9th Street
>Richmond, VA 23219
>804-646-3500 - Phone
>804-371-2087 - Fax
>emcneil@oag.state.va.us

                <u>s/Melissa Y. York</u>
                David P. Corrigan (VSB No. 26341)
                Melissa Y. York (VSB No. 77493)
                Attorney(s) for Al Thomas
                Harman, Claytor, Corrigan & Wellman
                P.O. Box 70280
                Richmond, Virginia  23255
                804-747-5200 - Phone
                804-747-6085 - Fax
                dcorrigan@hccw.com
                myork@hccw.com