IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JASON KESSLER
and NATIONAL SOCIALIST
MOVEMENT and TRADITIONALIST
WORKER'S PARTY,

    *Plaintiffs,*

v.                                              Civil Action No. **3:18CV00107**

CITY OF CHARLOTTESVILLE, VIRGINIA,
AL THOMAS; BECKY
CRANNIS-CURL,

    *Defendants*.

## CONSENT MOTION FOR AMENDMENT OF PROPOSED PRETRIAL ORDER

COME NOW Defendants, the City of Charlottesville, Virginia, Al Thomas, and Becky Crannis-Curl, and Plaintiffs Jason Kessler, National Socialist Movement, and Traditionalist Worker's Party, by counsel, and after conferring, jointly move and request that the Court amend the proposed Pretrial Order to change the date that triggers deadlines for the Rule 26(f), F.R.C.P. conference, the Rule 26(a), F.R.C.P. initial disclosures, and each party's initial expert disclosures and setting any trial date to the date the Court rules on Rule 12(b)(6), F.R.C.P. motions to dismiss, which the parties jointly anticipate will be filed on or before February 18, 2019. The parties, by counsel, have further agreed to stay all discovery in this matter until after the Court rules on the anticipated Rule 12(b)(6), F.R.C.P. motions. All other provisions of the proposed Pretrial Order are agreed.

                                  CITY OF CHARLOTTESVILLE, VIRGINIA
                                        By Counsel

                                  AL THOMAS
                                  By Counsel

                                  BECKY CRANNIS-CURL
                                  By Counsel

JASON KESSLER, NATIONAL SOCIALIST
MOVEMENT and TRADITIONALIST
WORKER'S PARTY
By Counsel

WE ASK FOR THIS:

s/Richard H. Milnor
Richard H. Milnor, Esquire (VSB #14177)
John W. Zunka, Esquire (VSB #14368)
Zunka, Milnor & Carter, Ltd.
414 Park Street
P O Box 1567
Charlottesville VA 22902
Telephone: (434) 977-0191
Facsimile: (434) 977-0198
rmilnor@zmc-law.com
*Counsel for the City of Charlottesville*

s/Elmer Woodard
Elmer Woodard, Esquire, (VSB No. 27734)
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
isuecrooks@comcast.net
*Counsel for Plaintiffs*

s/James E. Kolenich
James E. Kolenich, Esquire
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065 (fax)
jek318@gmail.com
*Counsel for Plaintiffs Pro Hac Vice*

s/David P. Corrigan
David P. Corrigan, Esquire (VSB #26341)
Harman, Claytor, Corrigan & Wellman
4951 Lake Brook Drive #100
Glen Allen, VA  23060
(804) 762-8017
(804) 747-6085 (fax)
dcorrigan@hccw.com
*Counsel for Defendant Al Thomas*

s/Marshall H. Ross
Marshall H. Ross, Esquire (VSB #29674)
Senior Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, VA  23219
(804) 786-0046
(804) 371-2087 (fax)
mross@oag.state.va.us
*Counsel for Defendant Becky Crannis-Curl*

s/Erin R. McNeill
Erin R. McNeill, Esquire (VSB #78816)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA  23219
(804) 692-0598
(804) 371-2087 (fax)
emcneill@oag.state.va.us
*Counsel for Defendant Becky Crannis-Curl*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January, 2019, I electronically filed the foregoing Consent Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and I also e-mailed the foregoing to the following:

David P. Corrigan, Esquire
Harman, Claytor, Corrigan & Wellman
4951 Lake Brook Drive #100
Glen Allen, VA  23060
(804) 762-8017
(804) 747-6085 (fax)
dcorrigan@hccw.com
*Counsel for Defendant Al Thomas*

s/Richard H. Milnor