CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

01/24/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| Jason Kessler, et al., | ) | |
|    Plaintiffs, | ) | Civil Action No. 3:18cv107 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| City of Charlottesville, et al., | ) | By: Joel C. Hoppe |
|    Defendants. | ) | United States Magistrate Judge |

Before the Court is the parties' Consent Motion for Amendment of Proposed Pretrial Order. ECF No. 26. The parties propose staying all deadlines in the case until resolution of the forthcoming motions to dismiss, which the parties anticipate will be filed on or before February 18, 2019.

Considering the parties' agreement and otherwise finding good cause, the motion is hereby GRANTED and the deadlines in the Pretrial Order, ECF No. 22, are hereby STAYED until resolution of the forthcoming motions to dismiss. After the presiding District Judge rules on the motions to dismiss, the undersigned Magistrate Judge will hold a scheduling conference with the parties, if necessary.

It is so ORDERED.

ENTERED: January 24, 2019

Joel C. Hoppe
United States Magistrate Judge