IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JASON KESSLER,** *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF CHARLOTTESVILLE,** *et al.*, <br><br> Defendants. | Civil Action No. 3:18-cv-00107 |

### DEFENDANT CRANNIS-CURL'S MOTION TO DISMISS

Defendant Becky Crannis-Curl, by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss Plaintiffs' Amended Complaint with prejudice for the reasons set forth in the accompanying Memorandum in Support of Motion to Dismiss.

Respectfully Submitted,

*/s/ Erin R. McNeill*
Marshall H. Ross (VA Bar No. 29674)
Senior Assistant Attorney General
Erin R. McNeill (VA Bar No. 78816)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone (Ross): 804-786-0046
Telephone (McNeill): (804) 692-0598
Fax: (804) 371-2087
E-mail: mross@oag.state.va.us
E-mail: emcneill@oag.state.va.us

*Counsel for Defendant Becky Crannis-Curl*

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

Tara Lynn R. Zurawski
Senior Assistant Attorney General/Trial Section Chief

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                        */s/ Erin R. McNeill*
                                        Erin R. McNeill (VA Bar No. 78816)
                                        Assistant Attorney General
                                        Office of the Virginia Attorney General
                                        202 North 9th Street
                                        Richmond, Virginia 23219
                                        Telephone: (804) 692-0598
                                        Fax: (804) 371-2087
                                        E-mail: emcneill@oag.state.va.us

                                        *Counsel for Defendant Becky Crannis-Curl*