IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JASON KESSLER,** *et al.*, <br><br> **Plaintiff,** <br><br> v. <br><br> **CITY OF CHARLOTTESVILLE,** *et al.*, <br><br> **Defendants.** | Civil Action No. 3:18-cv-00107 |

### [PROPOSED] ORDER

Upon consideration of Defendant Becky Crannis-Curl's Motion to Dismiss Plaintiffs' Amended Complaint with prejudice, it is hereby

ORDERED that Crannis-Curl's Motion to Dismiss is GRANTED WITH PREJUDICE.

**IT IS SO ORDERED.**


Dated: _____          _____
                                                                                         Judge Norman K. Moon
                                                                                         Senior United States District Judge

1