IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| JASON KESSLER ET AL. Plaintiff(s) | ) ) ) | **AMENDED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| v. | ) ) ) | |
| CITY OF CHARLOTTESVILLE ET AL. Defendant(s) | ) ) ) ) ) | Case No.3:18-CV-107  Judge MOON |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

NOW COME PLAINTIFFS by their counsel and give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendant(s) pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

s/ JAMES E. KOLENICH (PHV)
JAMES E. KOLENICH
KOLENICH LAW OFFICE
9435 Waterstone Blvd. 3140
Cincinnati, OH 45249
(p) (513) 444-2150
Fax (513) 297-6065
Jek318@gmail.com
ATTORNEY FOR PLAINTIFFS

S/ ELMER WOODARD
ELMER WOODARD (VSB 27734)
5661 US Hwy 29
Blairs, VA 24527
Phone: 434-878-3422
Email : isuecrooks@comcast.net
ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify the above was served on March 4, 2019 by the Court's CM/ECF system and that no party requires or is entitled to service by other means.

s/ James E. Kolenich PHV
James E. Kolenich